No. 407.   KROSS *v.* CALIFORNIA.   Superior Court of California, Los Angeles County.   Certiorari denied.   *Irving I. Erdheim* for petitioner.   *Edmund G. Brown,* Attorney General of California, *Frank W. Richards,*

Assistant Attorney General, and *Stanford D. Herlick,* Deputy Attorney General, for respondent.